

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00629-CV

**FOUR HUNDRED NINETY-SIX THOUSAND FOUR HUNDRED SEVENTY-TWO DOLLARS**, et al.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 22-05-61907-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against appellant.

SIGNED December 10, 2025.

_____
Rebeca C. Martinez, Chief Justice